# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 21 B 00599 |
| | ) | |
| PHILIP M. SANTOMAURO, and | ) | Chapter 13 |
| JENNIFER M. SANTOMAURO, | ) | |
| Debtors. | ) | Hon. Deborah L. Thorne |

## NOTICE OF MOTION OF AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL TO MODIFY AUTOMATIC STAY

VIA ELECTRONIC NOTICE:

| | |
|---|---|
| To: Marilyn O. Marshall (Trustee) | David M. Siegel, Esq. (Debtors' Counsel) |
| 224 South Michigan Avenue, Suite 800 | David M. Siegel & Associates |
| Chicago, Illinois 60604 | 790 Chaddick Drive |
| | Wheeling, Illinois 60090 |

VIA U.S. MAIL:
To: Philip M. Santomauro & Jennifer M. Santomauro (Debtors)
8700 West Evelyn Lane, Apt. #203
Chicago, Illinois 60656

PLEASE TAKE NOTICE that on October 13, 2021 at 9:30 a.m., I will appear telephonically before the Honorable Deborah L. Thorne, or any judge sitting in his/her stead, and present the ***Motion of AmeriCredit Financial Services, Inc., d/b/a GM Financial to Modify Automatic Stay***, a copy of which is attached.

**This Motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the Motion, you do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password**. The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing.

    Respectfully submitted,

    AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL,
    Creditor,

    By: ___/s/ Cari A. Kauffman___
    One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on September 23, 2021, before the hour of 5:00 p.m.

    ___/s/ Cari A. Kauffman___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 21 B 00599 |
| | ) | |
| PHILIP M. SANTOMAURO, and | ) | Chapter 13 |
| JENNIFER M. SANTOMAURO, | ) | |
| Debtors. | ) | Hon. Deborah L. Thorne |

**MOTION OF AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL TO MODIFY AUTOMATIC STAY**

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("AmeriCredit"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2021), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay provided therein. In support thereof, AmeriCredit states as follows:

1. On January 17, 2021, Philip M. Santomauro and Jennifer M. Santomauro ("Debtors") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code. On April 13, 2021, Debtors filed an Amended Chapter 13 Plan, which provides for direct payments from Debtors to AmeriCredit on AmeriCredit's secured claim, and which was confirmed on August 18, 2021.

2. AmeriCredit is a creditor of the Debtors with respect to a certain indebtedness secured by a lien upon a 2018 Chevrolet Trax motor vehicle bearing a Vehicle Identification Number of 3GNCJPSB0JL335224 (the "Vehicle"). (See Ex. "A").

3. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtors were required to tender equal monthly payments to AmeriCredit, each in the sum of $487.95 with an interest rate of 16.30%. (See Ex. "A").

4. Debtors have failed to make required payments to AmeriCredit due on and after July 1, 2021, resulting in a current default of $1,894.55; the next payment of $487.95 comes due on October 1, 2021.

5. The current total outstanding balance due to AmeriCredit from the Debtors for the Vehicle is $21,268.56.

6. Debtors have failed to provide AmeriCredit or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying AmeriCredit as the lienholder/loss payee.

7. As such, AmeriCredit seeks relief from the automatic stay so that AmeriCredit may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtors.

8. Debtors have not offered, and AmeriCredit is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtors have no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtors.

9. AmeriCredit will suffer irreparable injury, harm, and damage should it be delayed in taking possession of and foreclosing its security interest in the Vehicle.

10. AmeriCredit requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** AmeriCredit Financial Services, Inc., d/b/a GM Financial respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit AmeriCredit to take immediate possession of and foreclose its security interest in the 2018 Chevrolet Trax motor vehicle bearing a Vehicle Identification Number of 3GNCJPSB0JL335224; and, for such other, further, and different relief as this Court deems just and proper.

    Respectfully submitted,

    AMERICREDIT FINANCIAL SERVICES, INC.,
    D/B/A GM FINANCIAL,
    Creditor,

    By: ___/s/ Cari A. Kauffman___
    One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)