# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Philip Santomauro & Jennifer Santomauro__ Case No. __21 B 00599__ Chapter __13__

All Cases: Moving Creditor __AmeriCredit Fin. Svcs. Inc., d/b/a GM Financial__ Date Case Filed __1/17/21__

Nature of Relief Sought: ☑ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __8/18/21__

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car Year, Make, and Model __2018 Chevrolet Trax__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $ __21,338.79__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __19,725.00__

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____ Amount $ _____
   
   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __3.88__ Amount $ __1,894.55 w/ next due 10/1__
      
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months ____ Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____
   
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   
   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm ii ☐ Redeem iii. ☐ Surrender iv. ☐ No Statement of Intention Filed

Date: __9/23/21__ __/s/ Cari A. Kauffman__
Counsel for Movant

(Rev. 12 /21/09)